IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

FILED IN OPEN COURT
DATE July 11, 2006
_____
DEPUTY CLERK
_____ DIVISION, W.D. of VA

| | |
|---|---|
| JUDY WAIN, | ) |
| Plaintiff, | ) Case No. 1:05CV00043 |
| v. | ) VERDICT |
| TRAMMELL HOTEL INVESTMENTS, LLC, MACK TRAMMELL, | ) |
| Defendants. | ) |

We the jury unanimously find as follows:

1. Has the plaintiff Judy Wain proved by the greater weight of the evidence that Trammell Hotel Investments, L.L.C. is liable for sexual harassment?

    _____     \_\_\_\_✓_____
    No                            Yes

2. Has Judy Wain proved by the greater weight of the evidence that Mack Trammell committed a battery on her?

    _____     \_\_\_\_✓_____
    No                            Yes

3. Has Judy Wain proved by the greater weight of the evidence that Trammell Hotel Investments, L.L.C., is liable for such battery?

_____            _____✓_____
         No                                    Yes

If your answer to questions 1 or 2 is "yes," state the amount of damages proved by the plaintiff:

$: __100,000__

__7-11-06__                        __[signature]__
   Date                              Foreperson